OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 20 2009
LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA
V.

TROY WATTS a/k/a T-Dub
WHEREEVER FOUND

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 09-77 MAG

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 11, 2009__ in __Orleans__ Parish, in the __EASTERN__ District of __LOUISIANA__ defendant(s) did,
(Track Statutory Language of Offense)
knowingly or intentionally distribute a Schedule I controlled substance; to wit: heroin;

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __SA Debora Webber__ and that this complaint is based on the
                                    Official Title
following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

Signature of Complainant

DEBORA WEBBER, SA DEA
Printed Name of Complainant

Sworn to before me and signed in my presence,

4/20/2009                                       at   NEW ORLEANS        LOUISIANA
Date                                                 City                State

LANCE M. AFRICK          U.S. District Judge        Signature of Judge
Name of Judge            Title of Judge

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

## **AFFIDAVIT**

Your affiant, Debora Webber is a Special Agent with the Drug Enforcement Administration, (DEA), U.S. Department of Justice, assigned to the New Orleans Field Division. I have been employed by DEA for approximately seven (7) years, and I have participated in investigations involving drug violations during that time.

During March of 2009, your affiant received information from a credible and reliable Drug Enforcement Administration (DEA) Confidential Source (CS) that Troy WATTS was involved in multi-ounce distributions of heroin.

On March 11, 2009, your affiant, along with members of the DEA, formulated plans for the CS to meet with WATTS for the purchase of one eight ball (approximately 3.5 grams) quantity of heroin. On this same date, the CS, under the direction of DEA, met with WATTS in New Orleans, LA, for the purchase of the aforementioned heroin. During this meeting, the CS purchased approximately 3.5 grams of heroin from WATTS for $360.00. DEA obtained an audio and video recording of this meeting between the CS and WATTS. Following this meeting, DEA agents met with the CS at a post-buy location and acquired the aforementioned heroin from the CS. Agents with the DEA field tested the heroin and obtained positive results.



1

Based on the above information, there is probable cause to believe that Troy WATTS did distribute heroin, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1).

*[signature]*
SA Debora Webber
Drug Enforcement Administration

Subscribed to and sworn before me on April 20, 2008, at New Orleans, Louisiana.

*[signature]*
HONORABLE NANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

2