Eastern District of Louisiana at New Orleans, Louisiana

Mag. Number: **09-77 MAG**   (Complaint) Warrant Other District

Defendant: **TROY WATTS**

Charge: **Distribution**

**21** USC **841 (a)(1)**

U.S. Attorney: **Emily Greenfield**

Interpreter Needed?   Yes   No

Court Date and Time: _____

Before Magistrate Judge: _____

Location: Courtroom # _____   New Orleans, Louisiana

Notify:   AUSA
PreTrial Services
Probation, if necessary
Deft. Counsel
USM
Magistrate Judge