FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 18 PM 1:08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA


**FELONY**

## INDICTMENT FOR VIOLATIONS
## OF THE FEDERAL CONTROLLED SUBSTANCES ACT
## AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-302 |
| v. | * | SECTION: SECT. C  MAG. 1 |
| TROY WATTS<br>    also known as "T-Dub,"<br>    or "T-Dove"<br>APRIL HAMILTON | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 922(g) |
| | * * * | |

The Grand Jury charges that:

### COUNT 1

Beginning at a time unknown, but prior to July 25, 2008, and continuing to on or about April 8, 2009, in the Eastern District of Louisiana, the defendants, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** and **APRIL HAMILTON** did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 100 grams or more of a mixture or substance

___ Fee USA
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

containing a detectable amount of heroin, a Schedule I drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

## COUNT 2

On or about July 25, 2008, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

On or about August 21, 2008, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I drug controlled substance, and a quantity of a substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about December 2, 2008, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** did knowingly and intentionally possess with the intent to distribute a quantity of a substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about March 24, 2009, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** did knowingly and intentionally possess with the intent to distribute a quantity of a substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about April 8, 2009, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** and **APRIL HAMILTON** did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 7

On or about April 8, 2009, in the Eastern District of Louisiana, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** did knowingly possess a firearm, to wit: a Remington 7 mm rifle with scope, model 710, bearing serial number 71281524, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 8

On or about April 8, 2009, in the Eastern District of Louisiana, the defendants, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on June 18, 1999, in the United States District Court for the Eastern District of Louisiana, Docket Number 97-145 "L," conspiracy to possess with the intent to distribute cocaine hydrochloride; did knowingly possess in and affecting commerce a firearm in violation of Title 21, United States Code, Section 846, to wit: a Remington 7 mm rifle with scope, model 710, bearing serial number 71281524; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 through 6 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 6, the defendant, **TROY WATTS, also known as "T-Dub" or "T-Dove,"** and **APRIL HAMILTON** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 5 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1. The allegations of Counts 7 and 8 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Counts 7 and 8, the defendant, **TROY WATTS, a/k/a "T-Dove and "T-Dub,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United

States Code, Sections 922(g)(1), 924(c)(1)(A), and 924(a)(2), as alleged in Counts 7 and 8 of the Indictment.

   3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A), and 924(d)(1).

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Bar Roll No. 8517

_____
JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 9020

_____
EMILY K. GREENFIELD
Assistant United States Attorney
Bar Roll No. 28587

New Orleans, Louisiana
September 18, 2009

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

THE UNITED STATES OF AMERICA

vs.

TROY WATTS
a/k/a "T-Dub" or "T-Dove"
APRIL HAMILTON

# INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841 (a)(1)
21 U.S.C. § 846
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

A true bill.

_Robin Dugas_
Foreperson

Filed in open court this _____ day, of _____ A.D. 2009.

_____
Clerk

Bail, $ _____

_[signature]_
EMILY K. GREENFIELD
Assistant United States Attorney