PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☑ INDICTMENT

**CASE NO.** 09-302  SECT. C  MAG. 1

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**USA vs.**
**Defendant:** TROY WATTS a/k/a "T-Dub" or "T-Dove"

**Address:** c/o US Marshals Service
Orleans Parish Prison
2800 Gravier Street
New Orleans, LA 70119

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA   EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Tess M. Coulon
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Emily K. Greenfield

☐ Interpreter Required   Dialect: _____

**Birth Date** 1974   ☑ Male  ☐ Female   ☐ Alien (if applicable)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
DEA/Special Agent Mark Nicholson

**Social Security Number:** xxx-xx-5210

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

### DEFENDANT

**Issue:** ☐ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Defense Counsel (if any):** George Chaney
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

**Place of offense:** Orleans Parish   County

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 8 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 USC Sections 841(a)(1), 841(b)(1)(B), & 846 | Possession with intent to distribute 100 grams or more of a Sched I drug | 1,6 |
| 4 | 21 USC Sections 841(a)(1), 841(b)(1)(D) | Possession with intent to distribute marijuana, a Schedule I drug | 2 |
| 4 | 21 USC Sections 841(a)(1), 841(b)(1)(C) | Possession with intent to distribute marijuana/heroin, Schedule I drugs | 3,4,5 |
| 4 | 21 USC Sections 841(a)(1), 841(b)(1)(B), & 846 | Possession of a firearm in furtherance of a drug trafficking crime | 7 |
| 4 | 18 USC Sections 922(g)(1) and 924(a)(2) | Felon in possession of a firearm | 8 |

PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment / Information  ☐ Charges/Counts Added

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Tess M. Coulon
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Emily K. Greenfield

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
DEA/Special Agent Mark Nicholson

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** Orleans Parish   County

---

**CASE NO.** 09-302

**USA vs.**
**Defendant:** APRIL HAMILTON

**Address:** 4485 Wilson Street
New Orleans, LA 70126

SECT. C   MAG. 1

☐ Interpreter Required   Dialect: _____

**Birth Date:** 1975
☐ Male  ☑ Female  ☐ Alien (if applicable)

**Social Security Number:** XXX-XX-3981

### DEFENDANT

**Issue:** ☑ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts __2__ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section / (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 USC Sections 841(a)(1), 841(b)(1)(B), & 846 | Possession with intent to distribute 100 grams or more of a Sched I drug | 1,6 |