**MINUTE ENTRY**
**BERRIGAN, J.**
**JANUARY 5, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 09-302 |
| TROY WATTS | SECTION: "C" |

### SENTENCING

**APPEARANCES:**   Emily K. Greenfield, Asst. U. S. Attorney
George Chaney, Counsel for Defendant
Troy Watts, Defendant

**COURT RECORDER:**   Cindy Usner
**COURTROOM DEPUTY:**  Kimberly County

Case called; all present and ready.
Deft sentenced to the custody of the Bureau of Prisons for 96 months as to Counts 1 and 8 of the Indictment, to be served concurrently.
Upon release from imprisonment, defendant shall be placed on supervised release for a term of 4 years as to Count 1 and 3 years as to Count 8, to be served concurrently.
See J & C for special conditions, etc.
Govt's oral motion to dismiss Counts 2 through 7 of the Indictment as to Watts - SO ORDERED.
Court adjourned.

**JS-10:  00:10**