MINUTE ENTRY
ZAINEY, J.
February 26, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 09-302 |
| TROY WATTS | SECTION: A |

## RULE TO REVOKE SUPERVISED RELEASE

Court Reporter: Toni Tusa
Case Manager: James Crull
Judicial Assistant: Pamela Angelette

Present:     Andre Jones, Counsel for the government.
             Gary Schwabe, Jr., Counsel for the defendant.
             Kenny Dixon, U.S. Probation

Case called 10:00 a.m.
The defendant was present for the hearing.
The defendant stipulated that if Probation Officer Kenny Dixon were called to testify that
Dixon's testimony would be consistent with his report.
The government's Rule to Revoke Supervised Release (Rec. Doc. #251) is GRANTED and
the defendant's term of supervision is revoked.
See Judgment.
The defendant was REMANDED.
Hearing completed 10:11 a.m.

JS-10: 0:11