AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| TROY WATTS | Case Number: 09-302 A |
| | USM Number: 25663-034 |
| | Gary Schwabe, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) of the term of supervision listed below.

[ ] was found in violation of condition(s) of the term of supervision listed below.

[✔] did not contest the violations and was found in violation of condition(s) of the term of supervision listed below.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| | Arrested and charged with trafficking heroin, marijuana and possession of a firearm by a convicted felon - No Contest by the defendant. |
| | Failure to notify the probation officer of a new or secondary address - No Contest by the defendant |
| | Travel outside of judicial district without permission - stipulated. |
| | Failure to disclose a vehicle titled to defendant - stipulated. |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5210

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:

February 26, 2019
Date of Imposition of Judgment

Signature of Judge

Jay C. Zainey, United States District Judge
Name and Title of Judge

2/26/19
Date

Court Reporter: Toni Tusa
Asst. U. S. Attorney: Andre Jones
U. S. Probation Officer: Kenny Dixon

AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: TROY WATTS | Judgment — Page 2 of 2 |
| CASE NUMBER: 09-302 A | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 15 months as to each of counts 1 and 2, to be served concurrently

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL